**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 516 WAL 2014
                                        :
               Respondent      :
                                          : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court
               v.                     :
                                          :
                                          :
JOSEPH M. TRIFIRO,                :
                                          :
               Petitioner         :


## ORDER


**PER CURIAM**

       **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.